

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

Kristin Brown et al,                        §
                                            §
            Plaintiffs,                      §
                                            §
VS.                                          §   NO. 4:15-CV-613-A
                                            §
Texas A&M University School of Law et al,    §
                                            §
            Defendants.                      §

## ORDER UNFILING DOCUMENT(S)

The court has determined the following defect(s) in the form of the document(s) filed October 13, 2015, by A&M Defendants, titled "The A&M Defendants' Brief in Support of Motion to Dismiss" (document 14):

> **Each evidentiary item, including any exhibits, filed in connection with any pleading or other paper, shall be clearly marked by the exhibit number or letter, or other designation if any, assigned to the item. All such items shall be filed as attachments, or in a separate volume, bearing consecutive page numbers and appropriate index tabs so that the court can readily locate each item. Each collection of evidentiary items shall have at the front a table of contents giving the description of each item in the collection and the tab or page number where the item can be found. Evidentiary items shall not be put together in such a fashion as to make them unwieldy. An item or collection of items of more than fifty pages shall be spiral-bound on the side. Counsel shall highlight, as appropriate, those portion of the items that are of particular pertinence. Submission to the court of any collection of cases or other legal authorities will be handled in a manner comparable to the foregoing directives relative to evidentiary items**
> **Other:**

Because of such defect(s), the court has determined that the document(s) indicated above should be unfiled from the record of this action. Therefore, the court ORDERS that such

document(s) be, and is hereby, unfiled, and the Clerk is directed to note on the docket the unfiling of such document(s).

SIGNED ____10/13____, 201_5___.

_____
JOHN McBRYDE
UNITED STATES DISTRICT JUDGE