IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KRISTIN BROWN, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, ET AL., | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | NO. 4:15-CV-613-A |
| TEXAS A&M UNIVERSITY SCHOOL OF LAW, ET AL., | § § § | |
| Defendants. | § | |

ORDER

Came on for consideration plaintiffs' unopposed motion for extension of time to file responsive pleadings. The court finds that the motion should be granted.

The court ORDERS that plaintiffs' motion for extension of time be, and is hereby, granted, and that plaintiffs be, and are hereby, granted an extension of time until 4:00 p.m. on November 9, 2015, in which to file their responses to the pending motions to dismiss and to file their motion to certify class.

SIGNED October 27, 2015.

_____
JOHN McBRYDE
United States District Judge