Case 4:15-cv-00613-A Document 26 Filed 11/18/15 Page 1 of 2 PageID 354

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 18 2015

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KRISTIN BROWN, on behalf of herself and all others similarly situated, CHARLES AMES and thirty-one others, | )<br>)<br>) |
| Plaintiffs, | )<br>) No. 4:15-CV-613<br>) |
| v. | ) Hon. John H. McBryde,<br>) Judge Presiding |
| TEXAS A&M UNIVERSITY SCHOOL OF LAW, DEAN ANDREW P. MORRISS, TEXAS WESLEYAN UNIVERSITY, AND PRESIDENT FREDERICK G. SLABACH ("Original Defendants"), | )<br>)<br>)<br>)<br>) |
| and | ) |
| TEXAS A&M UNIVERSITY, TEXAS A&M UNIVERSITY SYSTEM, KARAN WATSON, R. BOWEN LOFTIN, MICHAEL K. YOUNG, ARIC SHORT, JOHN SHARP, CLIFF THOMAS, ELAINE MENDOZA, PHIL ADAMS, ROBERT L. ALBRITTON, ANTHONY G. BUZBEE, MORRIS E. FOSTER, BILL MAHOMES, JUDY MORGAN, CHARLES W. SCHWARTZ, and ALVARO GABRIEL PEREIRA ("New A&M Defendants"), | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

Came on to be considered the defendants' motions to extend time to respond to the plaintiffs' (i) amended complaint and (ii) motion for class certification. The court finds that such motions should be granted. Therefore,

1

The court orders that the Original Defendants' Unopposed Motion (1) For Extension of Time to Answer or Otherwise Plead to Plaintiffs' "First Amended Complaint – Class Action" and (2) to Stay Plaintiffs' "Motion to Certify Class Action" and Brief in Support, be, and is hereby, granted. The court further orders that defendants have until December 7, 2015 to file a response to the plaintiffs' amended petition and until 21 days after any order denying any motion to dismiss Plaintiffs' First Amended Complaint to file a response to the plaintiffs' motion for class certification.

SIGNED this 18 day of November, 2015.

_____
Hon. Judge McBryde