

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KRISTIN BROWN, ET AL., | § § | |
| Plaintiffs, | § § | |
| VS. | § § | NO. 4:15-CV-613-A |
| TEXAS A&M UNIVERSITY SCHOOL OF LAW, ET AL., | § § § | |
| Defendants. | § | |

FINAL JUDGMENT

In accordance with the court's memorandum opinion and order of even date herewith,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiffs, Kristin Brown, on behalf of herself and others similarly situated, Charles E. Ames, Norma A. Bazan, Maria Jackson Branch, Monty J. Buhrow, Amanda M. Coffey, Cherry L. Davis, Payam Ghassemi Dell, Bryan Eggleston, Janice Eggleston, Jeff Fletcher, Amy Theresa Ford, Kathryn Freed-Collier, Julie Glover, Terance Grisso, Patricia Donovan Henderson, Deborah Johnson, R. Renee Jolley, Jared Julian, Myron Eugene Kimball, Jr., Mark Lane, Jennifer Browning Ledbetter, Adam Luck, Riley C. Massey, Venisa McLaughlin, Adam Miller, Roxie Roll, Elliott Smith, Kathleen Hennessey Smith, Cynthia Cooper Spiegel, Suzanne Stevens, and Kevin Ray Walden, against defendants, Texas A&M University School of Law, Andrew P. Morriss, Texas Wesleyan University, Frederick G. Slabach, Karan Watson, R. Bowen Loftin,

Michael K. Young, Arik Short, Texas A&M University, Texas A&M University System, John Sharp, Cliff Thomas, Elaine Mendoza, Phil Adams, Robert L. Albritton, Anthony G. Buzbee, Morris E. Foster, Bill Mahomes, Judy Morgan, Charles W. Schwartz, and Alvaro Gabriel Pereira, be, and are hereby, dismissed.

The court further ORDERS, ADJUDGES, and DECREES that defendants have and recover their court costs from plaintiffs, jointly and severally.

SIGNED January 14, 2016.

_____
JOHN McBRYDE
United States District Judge